COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Lashawn Edward Meane v. The State of Texas

Appellate case number:   01-16-00291-CR

Trial court case number:  1464891

Trial court:                    183rd District Court of Harris County

This case was abated and remanded to the trial court for the trial court to enter written findings of fact and conclusions of law related to appellant's suppression motion in the trial court. The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.7.

Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.7.

It is so **ORDERED**.


Judge's signature: /s/ Chief Justice Sherry Radack
⊠  Acting individually


Date:  October 25, 2016